UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ASHLY WAGER,

                Plaintiff,

-against-

G4S SECURE INTEGRATION, LLC,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/29/2020

1:19-cv-3547-MKV

ORDER

MARY KAY VYSKOCIL, United States District Judge:

      The Court is in receipt of multiple letters from the parties regarding discovery disputes [ECF # 102, 103, 104, 106, 107] and a request to stay the case [ECF # 105].  It is hereby ORDERED that the request for a stay is DENIED without prejudice.  It is further ORDERED that the case will be referred to the designated Magistrate Judge for resolution of the remaining discovery issues.  Finally, it is ORDERED that the status conference scheduled for August 4, 2020 is adjourned *sine die*.

**SO ORDERED.**

Date:  **July 29, 2020**
        **New York, NY**

_____
**MARY KAY VYSKOCIL**
**United States District Judge**