UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
ASHLY WAGER,                                          :

               Plaintiff,                       :

     -against-                              :         **ORDER**

G4S SECURE INTEGRATION, LLC,             :         19-CV-3547 (MKV) (KNF)

              Defendant.                    :
------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

     A telephonic conference was held with counsel to the respective parties on January 28, 2021. As a result of the discussion had during the conference, IT IS HEREBY ORDERED that the deposition of Ron Posner shall be resumed and continue for a period not to exceed two and one-half hours.

Dated: New York, New York            SO ORDERED:
       January 28, 2021

                                                                       /s/ Kevin Nathaniel Fox
                                                                     KEVIN NATHANIEL FOX
                                                                     UNITED STATES MAGISTRATE JUDGE