UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ASHLY WAGER,                                    :

                 Plaintiff,           :

     -against-                                       :         **ORDER**

G4S SECURE INTEGRATION, LLC,        :         19-CV-3547 (MKV) (KNF)

               Defendant.        :
------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

     By an order dated January 28, 2021, the assigned district judge remanded this matter to the undersigned "for further reconsideration of Plaintiff's request for expenses consistent with this Opinion and Order and Rule 37." Docket Entry No. 132. On or before February 11, 2021, the plaintiff shall file her submissions in connection with the remand order. Local Civil Rule 6.1 of this court shall govern the opposition and reply.

Dated:  New York, New York                SO ORDERED:
         January 29, 2021

                                                          _Kevin Nathaniel Fox_
                                                   KEVIN NATHANIEL FOX
                                                   UNITED STATES MAGISTRATE JUDGE