```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
ASHLY WAGER,                                  :

                         Plaintiff,           :

         -against-                            :         ORDER

G4S SECURE INTEGRATION, LLC,                  :         19-CV-3547 (MKV) (KNF)

                         Defendant.           :
---------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE
```

The parties' June 4, 2021, joint letter-request for an order scheduling motion practice, Docket Entry No. 148, is granted as follows: (a) each motion is due no later than June 21, 2021; (b) the response to each motion is due no later than June 28, 2021; (c) any reply is due no later than July 5, 2021; and (d) each motion shall be filed separately.

Dated:  New York, New York          SO ORDERED:
        June 8, 2021

                                    _____
                                    KEVIN NATHANIEL FOX
                                    UNITED STATES MAGISTRATE JUDGE