UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ASHLY WAGER,

               Plaintiff,

       -against-                           **ORDER**

G4S SECURE INTEGRATION, LLC,         19-CV-3547 (MKV) (KNF)

               Defendant.
------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      The Clerk of Court is directed to reinstate, on the docket sheet, the gavel for Docket Entry No. 155, the motion for discovery, erroneously indicated as resolved in the Court's September 23, 2021 Memorandum and Order, Docket Entry No. 174.

Dated:  New York, New York              SO ORDERED:
        September 24, 2021

                                                      _____
                                                        KEVIN NATHANIEL FOX
                                                       UNITED STATES MAGISTRATE JUDGE